# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0434.  SANDY JENNINGS v. EARL B. JENNINGS.**

On January 25, 2018, the superior court entered final judgment in this divorce case.  Respondent Sandy Jennings, proceeding pro se, appealed directly to this Court. We dismissed the appeal because appeals in divorce cases must be made by application for discretionary review.  See Case No. A18A1462 (dismissed April 16, 2018).  On April 24, 2018, Sandy Jennings filed this pro se application for discretionary appeal from the superior court's final judgment.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Sandy Jennings filed this application 89 days after entry of the order she seeks to appeal.  Therefore, her application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*